NATHANIEL BECHER, Respondent, v. CLARENCE D. SIRE, Appellant.— Motion

to dismiss appeal denied on condition that appellant perfect the appeal for Friday, June 17, 1927 (for which date the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.